PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
C. HAY-MIE CHO, CSBN 282259
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415) 268-5610
    Fax: (415) 744-0134
    E-mail: haymie.cho@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DEWAYNE BOYD,<br>    Plaintiff,<br>    v.<br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No. 2:16-cv-01891-KJN<br><br>**ORDER OF REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 15), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action be remanded to the Acting Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge ("ALJ") with instructions to reevaluate the medical evidence of record, reassess Plaintiff's residual functional capacity, and obtain supplemental vocational expert testimony if needed. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

Furthermore, pursuant to the parties' request, the Clerk of Court is directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and shall close this case.

Dated: March 2, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE